Andrew A. Bao, Esq.
Nevada State Bar No. 10508
*abao@abao.law*
Andrew Bao & Associates
8020 S. Rainbow Blvd, Suite 100-163
Las Vegas, Nevada 89139
Tel:  (725) 204-9579

Attorneys for Plaintiff
Dakota Delance

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA DELANCE,<br><br>        Plaintiff,<br><br>  v.<br><br>UNION HOME MORTGAGE CORP., a Ohio Corporation; SN SERVICING CORPORATION, an Alaskan Corporation; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LB-DWELLING SERIES VI TRUST, a trust entity, and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No.: 2:26-cv-0177<br><br>**STIPULATION AND ORDER WITHDRAWING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Dakota Delance ("Plaintiff") and Defendants SN Servicing Corporation and U.S. Bank Trust, N.A. as Trustee for LB-Dwelling Services VI Trust ("Defendants") (collectively hereinafter referred to as "Parties") hereby stipulate as follows:

1.      On January 28, 2026, Plaintiff filed a motion for a temporary restraining order on an emergency basis, seeking injunctive relief to prevent a foreclosure from occurring on the real property at issue in this lawsuit (ECF No. 7)("Motion");

2.      On January 29, 2026, the Court issued a Minute Order giving Defendants 14 days from the date of service of process to file an opposition (ECF No. 8);

3.      On February 3, 2026, Plaintiff effectuated service on Defendants (ECF No 9, 10, 11);

4.      The Parties have conferred and have mutually agreed that Plaintiff will withdraw the pending Motion, and that foreclosure proceedings will be temporarily paused for sixty (60) days to explore a potential resolution.

STIPULATION

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

5.     Plaintiff hereby withdraws the Motion (ECF No. 7) in its entirety.

6.     Regarding the real property located at 4701 East Savoy Blvd, Pahrump, NV. 89061, Assessor's Parcel Number 045-293-10 ("Property"), Defendants and any and all of their agents, employees or any person or entity acting on their behalf, will refrain from proceeding with any nonjudicial or judicial foreclosure proceedings against the Property for sixty (60) days from the date the Court approves this stipulation, including but not limited to, any foreclosure proceedings pursuant to the Notice of Default recorded on December 15, 2025, as Document #1062749 in the Nye County Recorder's Office.

7.     Defendants will have a thirty (30) day extension of time to file a responsive Pleading to Plaintiff's Complaint, up to and until March 26, 2026.

8.     This Stipulation does not rescind, invalidate, or waive the above-mentioned Notice of Default or other foreclosure documents, nor does it waive any rights, claims, defenses, or remedies of any Party.

IT IS SO STIPULATED.

| GHIDOTTI BERGER | ANDREW BAO & ASSOCIATES |
|---|---|
| /s/ Chantel Schimming<br>CHANTEL SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7251 W. Lake Mead Blvd., Ste. 470<br>Las Vegas, NV 89128<br>*Attorneys for Defendants*<br>*Sn Servicing Corporation and U.S.*<br>*Bank Trust, as Trustee for LB-*<br>*Dwelling Services VI Trust* | /s/ Andrew Bao<br>ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br>*Attorneys for Plaintiff*<br>*Dakota Delance* |

STIPULATION

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Stipulation Withdrawing Motion for TRO, (ECF No. 12), is GRANTED.

**IT IS FURTHER ORDERED** that the Emergency Motion for Temporary Restraining Order, (ECF No. 7), is STRICKEN.

Dated this __26__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

_____
**UNITED STATES DISTRICT JUDGE**
Case No.:  2:25-cv-00149-JAD-MDC

2
STIPULATION