Chantel M. Schimming, Esq.
Nevada Bar No. 08886
Ghidotti | Berger LLP
7251 W. Lake Mead Blvd., Ste. 470
Las Vegas, NV 89128
Ph: 949-427-2010
Fax: 949-427-2732
Email:  cschimming@ghidottiberger.com
*Attorneys for Defendants, SN Servicing Corporation and*
*U.S. Bank Trust, N.A., as Trustee for LB-Dwelling Series VI Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAKOTA DELANCE, | Case No.: 2:26-cv-0177 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| v. | **(SECOND REQUEST)** |
| UNION HOME MORTGAGE CORP., a Ohio Corporation; SN SERVICING CORPORATION, an Alaskan Corporation; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LB-DWELLING SERIES VI TRUST, a trust entity, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

Defendants, SN Servicing Corporation and U.S. Bank Trust, N.A. as Trustee for LB-Dwelling Services VI Trust ("Defendants"), and Plaintiff Dakota Delance ("Plaintiff"), by and through their respective counsel, and hereby stipulate and agree as follows:

1.  As part of a stipulation and order entered on February 26, 2026 [ECF No. 16], Defendants deadline to file a responsive pleading to Plaintiff's Complaint was extended 30 days.

2.  Defendants' responsive pleading is currently due on March 26, 2026.

3.  The parties hereby stipulate and agree that Defendants shall have an additional 8 days to file a responsive pleading. The new deadline for Defendant's to respond to Plaintiff's Complaint shall be April 3, 2026.

4.  This request is being made to allow the parties to continue evaluating a potential resolution

an to determine whether the issues in this matter may be narrowed or resolved without further litigation.

5. This is the second request for an extension of this deadline and this request is made in good faith and not for purpose of delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 25th day of March, 2026.

**GHIDOTTI | BERGER LLP**

*/s/ Chantel M. Schimming*
Chantel M. Schimming, Esq.
Nevada Bar No. 08886
7251 W. Lake Mead Blvd., Ste. 470
Las Vegas, NV 89128
Email: cschimming@ghidottiberger.com
*Attorneys for Defendants, SN Servicing*
*Corporation and U.S. Bank Trust, N.A.,*
*as Trustee for LB-Dwelling Series VI Trust*

DATED this 26th day of March, 2026.

**ANDREW BAO & ASSOCIATES**

*/s/ Andrew A. Bao*
Andrew A. Bao, Esq.
Nevada Bar No. 10508
8020 S. Rainbow Blvd., Ste. 100-163
Las Vegas, NV 89139
Email: abao@abao.law
*Attorney for Plaintiff,*
*Dakota Delance*

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  March 26, 2026**