Chantel M. Schimming, Esq.
Nevada Bar No. 08886
Ghidotti | Berger LLP
7251 W. Lake Mead Blvd., Ste. 470
Las Vegas, NV 89128
Ph: 949-427-2010
Fax: 949-427-2732
Email:  cschimming@ghidottiberger.com
Attorneys for Defendants, *SN Servicing Corporation and
U.S. Bank Trust, N.A., as Trustee for LB-Dwelling Series VI Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAKOTA DELANCE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION HOME MORTGAGE CORP., an Ohio Corporation; SN SERVICING CORPORATION, an Alaskan Corporation; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LB-DWELLING SERIES VI TRUST, a trust entity, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: 2:26-cv-00177-GMN-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER PENDING RULING ON MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

SN SERVICING CORPORATION ("SN"),  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LB-DWELLING SERIES VI TRUST ("USB Trust"), UNION HOME MORTGAGE CORP. ("UHM") , and DAKOTA DELANCE ("Delance") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline to submit a stipulated discovery plan and scheduling order and to stay all discovery pending this Court's ruling on the UHM's Motion to Dismiss [ECF No. 14], and SN and USB Trust's Motion to Dismiss [ECF No. 23].

1.  Delance filed his First Amended Complaint against UHM, SN and USB Trust on January 28, 2026. [ECF No. 6].

2.  Service of Process was effected on Defendant USB Trust on February 2, 2026, and on both Defendants UHM and SN on February 3, 2026. [ECF No.'s 9-11].

3.  Defendant UHM filed its Motion to Dismiss the First Amended Complaint on February 23,

2026. [ECF No. 14]. Defendant UHM's Motion to Dismiss has been fully briefed. [ECF No.'s 17, 18].

4. By prior stipulations and orders, the time for Defendants SN and USB Trust to respond to the First Amended Complaint was extended to April 3, 2026. [ECF No.'s 12, 16, 21, 22].

5. The parties conducted a Fed. R. Civ. P. 26(f) conference on April 1, 2026, and agreed to extend the time to submit a stipulated discovery plan and scheduling order and to stay discovery pending resolution of any pending motions to dismiss.

6. Defendants SN and USB Trust filed their Motion to Dismiss the First Amended Complaint on April 3, 2026. [ECF No. 23]. Delance's deadline to respond to Defendants SN and USB Trust's Motion to Dismiss is April 17, 2026. Any Reply in support of the Motion to Dismiss is due within seven days after service of Delance's Response.

7. To determine whether or not to grant a stay of discovery, courts in this jurisdiction generally apply the standard articulated in *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581, 2013 U.S. Dist. LEXIS 154934 at *3, 2013 WL 5838679 (2013). Under that framework, the Court considers whether: (1) the pending motion is potentially dispositive of the case or claims at issue; (2) the motion can be decided without additional discovery; and (3) after a preliminary review, the motion raises substantial grounds for dismissal.

8. The pending Motions to Dismiss raise primarily legal issues and, if granted would likely dispose of all or most of the claims asserted in this action.

9. No additional discovery is necessary for this Court to render a decision on the pending Motions to Dismiss.

10. While Delance does not concede that Defendants' respective Motions to Dismiss should be granted, the Parties agree that resolution of the Motions to Dismiss may significantly impact the scope of the litigation, including whether discovery will be necessary.

11. The Parties agree that proceeding with discovery at this stage may result in unnecessary burden and irrecoverable expense, particularly if the Motions to Dismiss are granted in whole or in part.

12. The Parties further agree that a temporary stay of discovery pending resolution of the Motions to Dismiss will conserve the resources of the parties and the Court and promote the just, speedy and inexpensive determination of this action pursuant to Fed. R. Civ. P. 1.

13. The Parties agree that this requested stay is limited in duration and will not result in undue prejudice to any party.

14. The Parties agree that this stipulation is entered solely for reasons of efficiency and economy and conserving judicial and party resources.

15. Accordingly, good cause exists to extend the deadline to submit a Discovery Plan and Scheduling Order and stay discovery until a decision is made on the pending Motions to Dismiss. The Parties agree that requiring submission of a Discovery Plan and Scheduling Order before resolution of the Motions to Dismiss would be premature, as the scope of the case, and any corresponding deadlines, may be significantly altered by the Court's ruling.

16. The Parties therefore stipulate to and respectfully request that the Court stay discovery to allow sufficient time for the Court to rule on UHM's Motion to Dismiss [ECF No. 14], and SN and USB Trust's Motion to Dismiss [ECF No. 23].

17. The Parties further stipulate that, within twenty-one (21) days of the Court ruling on the last pending of the Motions to Dismiss [ECF No.'s 14, 23], if any claims remain, the case is not dismissed, they will submit a joint status report and proposed Discovery Plan and Scheduling Order for the Court's approval pursuant to local rules.

…

…

…

…

3

18. This is the Parties' first request and is not intended to cause any delay or prejudice to any party, but rather to promote efficiency and avoid unnecessary expense.

DATED this 3rd day of April, 2026.          DATED this 6th day of April, 2026.

**GHIDOTTI | BERGER LLP**                  **ANDREW BAO & ASSOCIATES**

*/s/ Chantel M. Schimming*                  */s/ Andrew Bao*
CHANTEL M. SCHIMMING, ESQ.                  ANDREW BAO, ESQ.
Nevada Bar No. 08886                        Nevada Bar No. 10508
7251 W. Lake Mead Blvd., Ste. 470           8020 S. Rainbow Blvd., Ste 100-163
Las Vegas, NV 89128                         Las Vegas, NV 89139
Email: cschimming@ghidottiberger.com        Email: abao@abao.law
Attorneys for Defendants*, SN Servicing*    Attorneys for Plaintiff
*Corporation and U.S. Bank Trust, N.A.,*
*as Trustee for LB-Dwelling Series VI Trust*

DATED this 6th day of April, 2026.

**DINSMORE & SHOHL LLP**

*/s/ Lexi J. Epley*
LEXI J. EPLEY, ESQ.
Nevada Bar No. 16232
655 W. Broadway, Suite 800
San Diego, CA 92101
Email: Lexi.Epley@disnmore.com
Attorneys for *Union Home Mortgage Corp.*

**<u>ORDER</u>**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

4